**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50124 |
| Plaintiff - Appellee, | D.C. No. 8:08-cr-00333-DOC |
| v. | |
| MAURICIO ALMENDAREZ-AMAYA, a.k.a. Mauricio Armendarez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted February 21, 2012**

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Mauricio Almendarez-Amaya appeals from his bench-trial conviction and

84-month sentence for being an illegal alien found in the United States following

deportation, in violation of 8 U.S.C. § 1326(a).  Pursuant to *Anders v. California*,

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Almendarez-Amaya's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81 (1988), discloses no arguable grounds for relief on direct appeal.

In accordance with *United States v. Rivera-Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera-Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference § 1326(b)).

Accordingly, counsel's motion to withdraw is **GRANTED**, the district court's judgment is **AFFIRMED,** and the case is **REMANDED.**